NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  BK−19−12664−abl
CHAPTER 13

DIVINA AQUINO
    fka DIVINA ESTAVILLA

Debtor(s)

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *52* – Amended Notice of Hearing on Confirmation Hearing Hearing Date: 12/19/2019 Hearing Time: 1:30 with Certificate of Service Filed by JENNIFER ISSO on behalf of DIVINA AQUINO (ISSO, JENNIFER) |
| Filed On: | 11/22/19 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Document Title
    * Hearing Date or Time, Hearing will NOT be set

Dated: 11/25/19

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**