| | |
|---|---|
| **KATHLEEN A. LEAVITT** | E-File |
| **CHAPTER 13 BANKRUPTCY TRUSTEE** | |
| 711 S 4th Street, Suite 101 | |
| Las Vegas, NV  89101 | |
| kal13mail@las13.com | |
| (702) 853-0700 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BKS-19-12664-ABL |
| | Chapter 13 |
| **DIVINA AQUINO** | |
| | **NOTICE OF HEARING ON MOTION TO DISMISS** |
| | Hearing Date: March 12, 2020 |
| | Hearing Time:  2:00 pm |
| Debtor(s). | |

Attorney for Debtor: ISSO AND HUGHES LAW FIRM

**NOTICE IS HEREBY GIVEN** that the **Motion to Dismiss** was filed on January 30, 2020.  The Motion seeks the following relief:  Dismissal of Chapter 13 case.   Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE OF HEARING ON MOTION TO DISMISS**

You are hereby noticed that the hearing on the Chapter 13 Trustee's Motion to Dismiss will be held at the Foley Bldg,Third Floor, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on March 12, 2020 at  2:00 pm.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the motion.  The opposition must state your

position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

    **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101, on March 12, 2020 at the hour of 2:00 pm.

DATED: January 30, 2020  
bg

/s/ KATHLEEN A LEAVITT  
Kathleen A. Leavitt  
CHAPTER 13 BANKRUPTCY

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd. South, Suite 200
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **IN RE:** | **CASE NO: 19-12664-ABL** |
| DIVINA AQUINO | **Chapter 13** |
| **Debtor (s)** | |

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on January 30, 2020, I provided a copy of the Motion to Dismiss and Notice of Hearing on Motion to Dismiss to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

See EXHIBIT A for mailing matrix

**[X] b. ECF System:**

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

## **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

DIVINA AQUINO 9050 W TROPICANA AVE #1136 LAS VEGAS NV 89147

TOYOTA MOTOR CREDIT CORPORATION C/O BECKET & LEE P.O. BOX 3001 MALVERN PA 19355-0701

ISSO AND HUGHES LAW FIRM 2470 ST ROSE PKWY #306F HENDERSON NV 89074

SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK VA 23541