```
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
Facsimile: (702) 853-0713
E-mail: kal13mail@las13.com
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DIVINA AQUINO,<br><br>                 Debtor. | BK-19-12664-ABL<br>Chapter 13<br><br>Date: March 25, 2020<br>Time: 9:30 a.m. |

### STIPULATION TO CONTINUE TRUSTEE'S MOTION TO DISMISS AND DEBTOR'S CONFIRMATION HEARING SET FOR MARCH 25, 2020 AT 9:30 A.M.

**COMES NOW** the Chapter 13 Bankruptcy Trustee, Kathleen A. Leavitt, by and through her attorney of record, Danielle N. Gueck-Townsend, Esq., and Debtor, Divina Aquino, by and through attorney of record, Jennifer Isso of Isso and Hughes Law Firm, who hereby **STIPULATE AND AGREE** as follows:

1. The hearing on Trustee's Motion to Dismiss is scheduled for March 25, 2020 at 9:30 a.m..

2. The hearing on Debtor's Chapter 13 Plan confirmation is scheduled for March 25, 2020 at 9:30 a.m..

3. The Parties agree that additional time is warranted and hope to be able to present arguments in person. As such, Parties Stipulate to continue both matters to April 29, 2020 at 9:30 a.m..

**IT IS SO STIPULATED** this 23rd day of March, 2020.

...

...

1

| | |
|---|---|
| OFFICE OF KATHLEEN A. LEAVITT,<br>CHAPTER 13 BANKRUPTCY TRUSTEE<br><br>/s/   Danielle N. Gueck-Townsend<br>DANIELLE N. GUECK-TOWNSEND, ESQ.<br>Nevada Bar No. 12164<br>711 South 4th Street, Suite 101<br>Las Vegas, Nevada  89101<br>Attorney for the Trustee<br>Dated: 3/23/2020 | ISSO & HUGHES LAW FIRM<br><br>JENNIFER ISSO, ESQ.<br>Nevada Bar No. 1351<br>2470 St. Rose Pkwy., #306F<br>Henderson, Nevada  89074<br>Attorney for the Debtor<br>Dated: 3/23/2020 |

2