_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 23, 2020

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | BK-19-12664-ABL |
|---|---|---|
|  | ) | Chapter 13 |
| DIVINA AQUINO, | ) |  |
|  | ) | Date:   March 25, 2020 |
| Debtor. | ) | Time:   9:30 a.m. |
|  | ) |  |

**ORDER GRANTING STIPULATION TO CONTINUE TRUSTEE'S MOTION TO DISMISS AND DEBTOR'S CONFIRMATION HEARING  SET FOR MARCH 25, 2020 AT 9:30 A.M.**

The Court having considered the Stipulation filed as Docket Number 71  hereby ORDERS:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and Chapter 13 Plan confirmation hearings scheduled for March 25, 2020 at 9:30 a.m. are both continued to April 29, 2020 at 9:30 a.m..

1

Submitted by:

/s/  Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated:  _____3/23/2020_____

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

___X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

| | | |
|---|---|---|
| ISSO & HUGHES LAW FIRM | Approved: | x_____ |
| | Disapproved: | _____ |
| /s/ Jennifer Isso | Failed to Respond: | _____ |

JENNIFER ISSO, ESQ.
Nevada Bar No.  13157
2470 St. Rose Pkwy, #306F
Henderson Nevada  89074
Attorneys for Debtor
Dated:  _____3/23/2020_____
**[Sent Via Email:  ji@issohughes.com 3/23/2020]**

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###