_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 03, 2020

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | Case No. BK – 19-12664-abl |
|---|---|---|
| DIVINA AQUINO, | ) | Chapter 13 |
| | ) | Confirmation Hearing: |
| Debtor(s). | ) | Date: May 27, 2020 |
| | ) | Time: 9:30 a.m. |

**ORDER DENYING CONFIRMATION OF DEBTOR(S) PROPOSED CHAPTER 13 PLAN #2**

The hearing regarding confirmation of the Debtor(s) proposed Chapter 13 Plan #2 was held on the date and time above-captioned; notice of said hearing was properly given and the Trustee having filed an Opposition thereto; Danielle N. Gueck-Townsend, Esq., having appeared for the Trustee and Jennifer Isso, Esq. appearing for the Debtor. All Findings of Fact and Conclusions of Law as stated on the record are incorporated herein. Now, therefore;

**IT IS HEREBY ORDERED** that confirmation of the Debtor(s) proposed Chapter 13 Plan #2 is **DENIED** for failure to comply with 11 U.S.C. § 1325(a)(1) and (3).

Submitted by:

/s/ Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated: _____06/01/20_____

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

| ISSO AND HUGHES LAW FIRM | Approved: | _____ |
|---|---|---|
| | Disapproved: | __X__ |
| | Failed to Respond: | _____ |

JENNIFER ISSO, ESQ.
Nevada Bar No. 13157
2470 Saint Rose Parkway, Suite 306F
Henderson, Nevada 89074
Attorneys for Debtor Divina Aquino
Dated: _____06/01/20_____
[Served Via Email: ji@issohugheslaw.com on 5/27/20 for signature]

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2
###